Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DOUGLAS FERRIE, an individual<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>WOODFORD RESEARCH, LLC, a Kentucky limited liability company; HUBERT SENTERS, an individual; ROSS GIVENS, an individual; JARED CARTER, an individual; DPT INNOVATIONS LLC d/b/a ARBITRAGING.CO, a foreign company; DAVID PETERSON a/k/a JEREMEY ROUNSVILLE, an individual; HORIZON TRUST COMPANY, LLC, a foreign limited liability company; GREG HERLEAN, an individual; DANIEL ENSIGN, an individual; INFOGENESIS CONSULTING GROUP, LLC, a Nevada limited liability company; KURT F. WEINRICH, SR., an individual,<br><br>　　　　　　　　　　Defendants. | Case No.   3:19-cv-05798-RBL<br><br>NOTICE OF APPEARANCE<br><br>(Clerk's Action Required) |

TO:  CLERK OF THE COURT; and

TO:  DEFENDANTS, AND ALL COUNSEL OF RECORD

　　　　PLEASE TAKE NOTICE that Aaron E. Millstein and Daniel-Charles V. Wolf of the

NOTICE OF APPEARANCE - 1
Case No.   3:19-cv-05798-RBL
502516557 v1              10/02/2019

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1  firm K&L Gates LLP, without waiving objections as to improper service or jurisdiction, enter
2  their appearance in the above-entitled action on behalf of Woodford Research, LLC
3  ("Woodford"), Hubert Senters, Karen Arvin, Ross Givens, and Jared Carter (the "Woodford
4  Defendants").

5  You are hereby requested to serve all further papers and proceedings in said cause,
6  except original process, on the attorneys listed at the addresses below stated.

7  Dated:  October 2, 2019

*s/ Aaron E. Millstein*
Aaron Millstein, WSBA # 44135

*s/ Daniel-Charles V. Wolf*
Daniel-Charles V. Wolf, WSBA # 48211

K&L Gates LLP
925 4th Avenue, Suite 2900
Seattle, WA  98104-1158
Telephone:  (206) 623-7580
Facsimile:  (206) 623-7022
Email:     aaron.millstein@klgates.com
           dc.wolf@klgates.com
*Attorneys for Woodford Defendants*

NOTICE OF APPEARANCE - 2
Case No.   3:19-cv-05798-RBL
502516557 v1           10/02/2019

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

CERTIFICATE OF ECF FILING AND SERVICE

I certify that on October 2, 2019, I arranged for electronic filing of the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties of record.

*s/ Aaron E. Millstein*
Aaron Millstein, WSBA # 44135

NOTICE OF APPEARANCE - 3
Case No.   3:19-cv-05798-RBL
502516557 v1           10/02/2019

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022