HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DOUGLAS FERRIE,<br><br>             Plaintiff,<br><br>        v.<br><br>WOODFORD RESEARCH LLC, et al.,<br><br>             Defendants. | Case No. 3:19-cv-05798-RBL<br><br>**NOTICE OF APPEARANCE** |

**TO:**       **CLERK OF THE COURT**

**AND TO:**  **ALL COUNSEL OF RECORD**

YOU, AND EACH OF YOU, WILL PLEASE TAKE NOTICE that Michael E. Kipling and Marjorie A. Walter of Walter Kipling PLLC hereby enter their appearance as counsel on behalf of Defendants Greg Herlean and Horizon Trust Company, LLC in the above-entitled action and request that filings and notice of all further proceedings in said action except original process be served on each of them via the ECF system.

///

///

///

NOTICE OF APPEARANCE - 1
(19-cv-05798-RBL)

WALTERKIPLING PLLC
1546 NW 56TH ST #735
SEATTLE, WASHINGTON 98107
telephone (206) 545-0347

DATED this 8th day of October, 2019.

s/ Michael E. Kipling
Michael E. Kipling, WSBA #7677
mike@walterkipling.com

s/ Marjorie A. Walter
Marjorie A. Walter, WSBA #40078
marjorie@walterkipling.com

**WALTERKIPLING PLLC**
1546 NW 56th St #735
Seattle, WA 98107
(206) 545-0347

*Counsel for Defendants Greg Herlean and Horizon Trust Company LLC*

NOTICE OF APPEARANCE - 2
(19-cv-05798-RBL)

WALTERKIPLING PLLC
1546 NW 56TH ST #735
SEATTLE, WASHINGTON 98107
telephone (206) 545-0347

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of October, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

DATED this 8th day of October, 2019.

>s/ Marjorie A. Walter
>Marjorie A. Walter, WSBA #40078
>**WALTERKIPLING PLLC**
>1546 NW 56th St #735
>Seattle, WA 98107
>(206) 545-0347
>marjorie@walterkipling.com
>
>*Counsel for Defendants Greg Herlean and Horizon Trust Company LLC*

NOTICE OF APPEARANCE - 3
(19-cv-05798-RBL)

WALTERKIPLING PLLC
1546 NW 56TH ST #735
SEATTLE, WASHINGTON 98107
telephone (206) 545-0347