THE HONORABLE RONALD B. LEIGHTON

U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

DOUGLAS FERRIE, an individual,

Plaintiff,

vs.

WOODFORD RESEARCH, LLC, a Kentucky limited liability company; HUBERT SENTERS, an individual; KAREN ARVIN, an individual; ROSS GIVENS, an individual; JARED CARTER, an individual; DPT INNOVATIONS, LLC d/b/a ARBITRAGING.CO, a foreign company; DAVID PETERSON a/k/a JEREMY ROUNSVILLE, an individual; HORIZON TRUST COMPANY, LLC, a foreign limited liability company; GREG HERLEAN, an individual; DANIEL ENSIGN, an individual; INFOGENESIS CONSULTING GROUP, LLC; a Nevada limited liability company; KURT F. WEINRICH, SR., an individual,

Defendants.

NO. 3:19-cv-05798-RBL

**STIPULATED MOTION AND ORDER TO STAY PROCEEDINGS PENDING MEDIATION**

Plaintiff, Douglas Ferrie, and Defendants, Woodford Research LLC, Hubert Senters, Karen Arvin, Ross Givens, Jared Carter, Horizon Trust Company LLC, Greg Herlean, Infogenesis Consulting Group LLC, and Kurt Weinrich, Sr., by and through their counsel, have been conferring and have determined that their dispute is amenable to mediation. As such,

STIPULATED MOTION AND ORDER TO STAY
PROCEEDINGS PENDING MEDIATION - 1
CASE NO. 3:19-CV-05798-RBL

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

pursuant to LCR 10(g) and 39.1(c)(1) they now jointly seek a short stay of proceedings to allow the mediation to take place. This District encourages early and less expensive approaches to resolving disputes, finding that "the use of alternative dispute resolution procedures promotes timely and affordable justice while reducing calendar congestion." LCR 39.1(a)(1); *see also* 28 U.S.C. § 651, *et seq.*

"The power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v N. Am. Co.*, 299 U.S. 248, 254, 57 S. Ct. 163, 81 L. Ed. 153 (1936). In exercising this power, the Court must "weigh competing interests and maintain an even balance." *Id.* at 255. Five factors inform the Court's decision: (1) the plaintiff's interests in proceeding expeditiously with the action balanced against prejudice to the plaintiff resulting from the delay; (2) the burden on defendants; (3) the convenience to the Court; (4) the interests of any non-parties to the civil litigation; and (5) the public interest. *Koulouris v. Builders Fence Co.*, 146 F.R.D. 193, 194 (W.D. Wash. 1991).

Here, the Parties move jointly to stay proceedings until mid-December pending the outcome of a good-faith attempt to resolve or narrow their dispute with the help of a mediator. Many defendants have not yet answered,[1] discovery has not yet commenced, and no trial date has been set. Under these circumstances, neither Plaintiff nor the moving Defendants will be prejudiced or unduly burdened by the requested stay. Further, mediation has the potential to save the Court time and promote judicial efficiency. Finally, the moving parties are aware of no non-parties with particular interests that would be impacted by the stay. Plaintiff and the moving Defendants therefore respectfully request that the Court vacate the pending deadlines

---

[1] Defendants Woodford Research, LLC, Hubert Senters, Karen Arvin, Ross Givens, and Jared Carter filed an Answer with Affirmative Defenses to Plaintiff's complaint on September 30, 2019. Dkt. # 12.

STIPULATED MOTION AND ORDER TO STAY
PROCEEDINGS PENDING MEDIATION - 2
CASE NO. 3:19-CV-05798-RBL

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

| | | |
|---|---|---|
| 1 | and stay proceedings until December 20, 2019. If no resolution is achieved, the Parties will | |
| 2 | advise the Court and seek a status conference. | |

      RESPECTFULLY SUBMITTED AND DATED this 15th day of November, 2019.

TERRELL MARSHALL LAW        RUSSELL LAW OFFICES
  GROUP PLLC

By: /s/ Beth E. Terrell, WSBA #26759       By: /s/ Robie G. Russell, WSBA #20579
    Beth E. Terrell, WSBA #26759            Robie G. Russell, WSBA #20579
    Email: bterrell@terrellmarshall.com        Email: robielaw@gmail.com
    936 North 34th Street, Suite 300            77 South Main Street
    Seattle, Washington 98103-8869          Seattle, Washington 98104-2513
    Telephone: (206) 816-6603                 Telephone: (206) 621-2102
    Facsimile: (206) 319-5450

    David C. Silver                                 *Attorneys for Defendants InfoGenesis*
    Email: dsilver@silvermillerlaw.com        *Consulting Group, LLC and Kurt F.*
    Jason S. Miller                                  *Weinrich, Sr.*
    Email: jmiller@silvermillerlaw.com
    Todd R. Friedman
    Email: tfriedman@silvermillerlaw.com
    SILVER MILLER
    11780 West Sample Road
    Coral Springs, Florida 33065
    Telephone: (954) 516-6000

*Attorneys for Plaintiff*

K&L GATES LLP                              WALTERKIPLING PLLC

By: /s/ Aaron E. Millstein, WSBA #44135    By: /s/ Marjorie A. Walter, WSBA #40078
    Michael D. McKay, WSBA #7040          Michael E. Kipling, WSBA #7677
    Email: mike.mckay@klgates.com             Email: mike@walterkipling.com
    Aaron E. Millstein, WSBA #44135         Marjorie A. Walter, WSBA #40078
    Email: aaron.millstein@klgates.com         Email: marjorie@walterkipling.com
    Daniel-Charles V. Wolf, WSBA #48211     1546 NW 56th Street, Suite 735
    Email: dc.wolf@klgates.com                  Seattle, Washington 98107
    925 4th Avenue, Suite 2900                Telephone: (206) 545-0347
    Seattle, Washington 98104-1158
    Telephone: (206) 623-7580                  *Attorneys for Defendants Greg Herlean and*
                                                  *Horizon Trust Company LLC*

*Attorneys for Defendants Woodford*
*Research, LLC, Hubert Senters, Karen Arvin,*
*Ross Givens, and Jared Carter*

STIPULATED MOTION AND ORDER TO STAY                  **TERRELL MARSHALL LAW GROUP PLLC**
PROCEEDINGS PENDING MEDIATION - 3                       936 North 34th Street, Suite 300
CASE NO. 3:19-CV-05798-RBL                                     Seattle, Washington 98103-8869
                                                               TEL. 206.816.6603 ● FAX 206.319.5450
                                                               www.terrellmarshall.com

# ORDER

IT IS SO ORDERED that the pending deadlines are vacated, and proceedings are stayed until December 20, 2019, at which time the parties will advise the Court and seek a status conference.

Dated this 15th day of November, 2019.

*Ronald B. Leighton*
Ronald B. Leighton
United States District Judge

STIPULATED MOTION AND ORDER TO STAY
PROCEEDINGS PENDING MEDIATION - 4
CASE NO. 3:19-CV-05798-RBL

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com