HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DOUGLAS FERRIE,<br><br>    Plaintiff,<br><br>v.<br><br>WOODFORD RESEARCH LLC, et al.,<br><br>    Defendant. | Case No. 3:19-cv-05798-RBL<br><br>**NOTICE OF CHANGE OF ADDRESS** |

**TO:**          CLERK OF THE COURT

**AND TO:**     ALL COUNSEL OF RECORD

      PLEASE TAKE NOTICE of the undersigned's new mailing address that is effective immediately. The new address is as follows:

> Michael E. Kipling
> Marjorie A. Walter
> **WalterKipling PLLC**
> **5608 17th Ave NW #735**
> **Seattle, WA 98107**

NOTICE OF CHANGE OF ADDRESS - 1
(CASE NO. 3:19-CV-05798-RBL)

WALTERKIPLING PLLC
5608 17TH AVE NW #735
SEATTLE, WASHINGTON 98107
telephone (206) 545-0347

DATED this 18th day of November, 2019.

    s/ Marjorie A. Walter
Michael E. Kipling, WSBA #7677
Marjorie A. Walter, WSBA #40078
**WALTERKIPLING PLLC**
5608 17th Ave NW #735
Seattle, WA 98107
(206) 545-0346
(206) 545-0347
mike@walterkipling.com
marjorie@walterkipling.com

*Counsel for Defendants Greg Herlean and Horizon Trust Company*

NOTICE OF CHANGE OF ADDRESS - 2
(CASE NO. 3:19-CV-05798-RBL)

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of November, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

DATED this 18th day of November, 2019.

s/ Marjorie A. Walter
Michael E. Kipling, WSBA #7677
**WALTERKIPLING PLLC**
5608 17th Ave NW #735
Seattle, WA 98107
(206) 545-0347
marjorie@walterkipling.com

***Counsel for Defendants Greg Herlean and Horizon Trust Company***

NOTICE OF CHANGE OF ADDRESS - 3
(CASE NO. 3:19-CV-05798-RBL)

WALTERKIPLING PLLC
5608 17TH AVE NW #735
SEATTLE, WASHINGTON 98107
telephone (206) 545-0347