HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DOUGLAS FERRIE,<br><br>    Plaintiff,<br><br>    v.<br><br>WOODFORD RESEARCH LLC, et al.,<br><br>    Defendant. | Case No. 3:19-cv-05798-RBL<br><br>**CORPORATE DISCLOSURE STATEMENT OF HORIZON TRUST COMPANY** |

This disclosure statement is filed pursuant to LCR 7.1. Defendant Horizon Trust Company was incorporated in the State of New Mexico on July 19, 2011. Horizon Trust Company has no parent corporation, nor does any publicly held corporation own more than 10% of its stock.

CORPORATE DISCLOSURE STATEMENT OF HORIZON
TRUST COMPANY - 1
(CASE NO. 3:19-CV-05798-RBL)

WALTERKIPLING PLLC
5608 17TH AVE NW #735
SEATTLE, WASHINGTON 98107
telephone (206) 545-0347

1   DATED this 19th day of November, 2019.

2                                         s/ Marjorie A. Walter
                                          Michael E. Kipling, WSBA #7677
3                                         Marjorie A. Walter, WSBA #40078
                                          **WALTERKIPLING PLLC**
4                                         5608 17th Ave NW #735
                                          Seattle, WA 98107
5                                         (206) 545-0346
                                          (206) 545-0347
6                                         mike@walterkipling.com
                                          marjorie@walterkipling.com
7
                                          ***Counsel for Defendants Greg Herlean and***
8                                         ***Horizon Trust Company***

CORPORATE DISCLOSURE STATEMENT OF HORIZON
TRUST COMPANY - 2
(CASE NO. 3:19-CV-05798-RBL)

WALTERKIPLING PLLC
5608 17TH AVE NW #735
SEATTLE, WASHINGTON 98107
telephone (206) 545-0347

# CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of November, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

DATED this 19th day of November, 2019.

s/ Marjorie A. Walter
Michael E. Kipling, WSBA #7677
**WALTERKIPLING PLLC**
5608 17th Ave NW #735
Seattle, WA 98107
(206) 545-0347
marjorie@walterkipling.com

***Counsel for Defendants Greg Herlean and Horizon Trust Company***

CORPORATE DISCLOSURE STATEMENT OF HORIZON TRUST COMPANY - 3
(CASE NO. 3:19-CV-05798-RBL)

WALTERKIPLING PLLC
5608 17TH AVE NW #735
SEATTLE, WASHINGTON 98107
telephone (206) 545-0347