HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DOUGLAS FERRIE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WOODFORD RESEARCH LLC, et al.,<br><br>　　　　Defendants. | Case No. 3:19-cv-05798-RBL<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE ONLY AS TO DEFENDANTS HORIZON TRUST COMPANY LLC, GREG HERLEAN, AND DANIEL ENSING** |

Plaintiff DOUGLAS FERRIE, an individual ("Plaintiff"), by and through his undersigned counsel and pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), hereby gives notice that this action shall be, and is, DISMISSED WITHOUT PREJUDICE **only as between Plaintiff and Defendants HORIZON TRUST COMPANY LLC, a foreign limited liability company; GREG HERLEAN, an individual; and DANIEL ENSING, an individual (collectively "the Horizon Defendants")**.

This Notice of Voluntary Dismissal is not intended to, and shall not have, any effect on any claims asserted by any other parties to this litigation, or the defenses to those claims.

RESPECTFULLY SUBMITTED AND DATED this 19th day of December, 2019.

TERRELL MARSHALL LAW
  GROUP PLLC

By: */s/ Beth E. Terrell*
    Beth E. Terrell, WSBA #26759
    Email:  bterrell@terrellmarshall.com
    936 North 34th Street, Suite 300
    Seattle, Washington  98103-8869
    Telephone:  (206) 816-6603
    Facsimile:  (206) 319-5450

    David C. Silver
    Email: dsilver@silvermillerlaw.com
    Jason S. Miller
    Email: jmiller@silvermillerlaw.com
    Todd R. Friedman
    Email: tfriedman@silvermillerlaw.com
    SILVER MILLER
    11780 West Sample Road
    Coral Springs, Florida 33065
    Telephone: (954) 516-6000

*Counsel for Plaintiff Douglas Ferrie*

## CERTIFICATE OF SERVICE

I, Beth E. Terrell, hereby certify that on December 19, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Robie G. Russell, WSBA #20579
>Email: robielaw@gmail.com
>RUSSELL LAW OFFICES
>77 South Main Street
>Seattle, Washington 98104-2513
>Telephone: (206) 621-2102
>Facsimile: (206) 621-2104
>
>*Attorneys for Defendants InfoGenesis Consulting Group, LLC and Kurt F. Weinrich, Sr.*
>
>Aaron E. Millstein, WSBA #44135
>Email: aaron.millstein@klgates.com
>Daniel-Charles V. Wolf, WSBA #48211
>Email: dc.wolf@klgates.com
>K&L GATES LLP
>925 4th Avenue, Suite 2900
>Seattle, Washington 98104-1158
>Telephone: (206) 623-7580
>Facsimile: (206) 623-7022
>
>*Attorneys for Defendants Woodford Research, LLC, Hubert Senters, Karen Arvin, Ross Givens, and Jared Carter*
>
>Michael E. Kipling, WSBA #7677
>Email: mike@walterkipling.com
>Marjorie A. Walter, WSBA #40078
>Email: marjorie@walterkipling.com
>WALTERKIPLING PLLC
>1546 NW 56th Street, Suite 735
>Seattle, Washington 98107
>Telephone: (206) 545-0347
>
>*Attorneys for Defendants Greg Herlean and Horizon Trust Company LLC*

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE ONLY AS TO DEFENDANTS
HORIZON TRUST COMPANY LLC, GREG HERLEAN,
AND DANIEL ENSING - 3
(19-cv-05798-RBL)

DATED this 19th day of December, 2019.

          TERRELL MARSHALL LAW GROUP PLLC

          By:   /s/ Beth E. Terrell, WSBA #26759
                Beth E. Terrell, WSBA #26759
                Email: bterrell@terrellmarshall.com
                936 North 34th Street, Suite 300
                Seattle, Washington  98103
                Telephone:  (206) 816-6603
                Facsimile:  (206) 319-5450

*Attorneys for Plaintiff*