Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DOUGLAS FERRIE, an individual<br><br>                           Plaintiff,<br><br>  v.<br><br>WOODFORD RESEARCH, LLC, a Kentucky limited liability company; HUBERT SENTERS, an individual; ROSS GIVENS, an individual; JARED CARTER, an individual; DPT INNOVATIONS LLC d/b/a ARBITRAGING.CO, a foreign company; DAVID PETERSON a/k/a JEREMEY ROUNSVILLE, an individual; INFOGENESIS CONSULTING GROUP, LLC, a Nevada limited liability company; KURT F. WEINRICH, SR., an individual,<br><br>                           Defendants. | Case No.   3:19-cv-05798-RBL<br><br>**JOINT NOTICE REGARDING STATUS OF MEDIATION EFFORTS AND REQUEST FOR STATUS CONFERENCE** |

On November 14, 2019, Plaintiff Douglas Ferrie ("Plaintiff"); Defendants Woodford Research, LLC, Hubert Senters, Karen Arvin, Ross Givens, Jared Carter, Infogenesis Consulting Group, LLC, and Kurt Weinrich, Sr. ("Defendants"); and former Defendants

NOTICE RE MEDIATION &
REQUEST FOR STATUS CONFERENCE - 1
Case No.   3:19-cv-05798-RBL
502672128 v7

1  Horizon Trust Company LLC and Greg Herlean (all of them together, "the Parties")[1] brought
2  a stipulated motion asking the Court to stay all proceedings in this matter and vacate the then-
3  pending case deadlines while they attempted to resolve this matter through mediation. Dkt. #
4  20. The Court granted the Parties' request and entered an Order: (i) vacating the then-pending
5  deadlines, (ii) staying these proceedings until December 20, 2019, and (iii) directing the
6  parties to advise the Court by December 20, 2019 as to the results of the mediation conference
7  and to request a status conference. Dkt. # 21.

8       On December 4, 2019, the Parties identified above[2] participated in a mediation session
9  in Seattle, Washington before the Honorable Judge Jeffrey M. Ramsdell (Ret.). The Parties
10 were, however, unable to reach a resolution to this matter. Moreover, the Parties have not
11 reached a settlement by the December 20, 2019 deadline set in the Court's order staying
12 proceedings.

13      Therefore, the Parties[3] respectfully ask the Court to set a status conference as
14 contemplated in the Court's Order. The Parties understand, however, that Plaintiff plans to
15 request leave to file an amended complaint, and that Defendants reserve their rights with respect
16 to contesting that request. Accordingly, the Parties respectfully recommend that the Status
17 Conference not be scheduled until after resolution of Plaintiff's request to file an amended
18 complaint.

---

[1] On December 19, 2019, Plaintiff filed a Notice of Voluntary Dismissal under Fed. R. Civ. P. 41(a)(1)(A) dismissing without prejudice his claims against former Defendants Horizon Trust Company, LLC, Greg Herlean, and Daniel Ensign. Dkt. # 24. They are no longer parties to this case. Thus, the term "Parties" when used in this Notice to describe events occurring after the filing of Dkt. # 24 does not include Horizon Trust or Mr. Herlean.

[2] Defendants Daniel Ensing, David Peterson a/k/a/ Jeremy Rounsville, and DPT Innovations LLC d/b/a Arbitraging,co have not been served and did not participate in the mediation.

[3] *See* Footnote 1.

NOTICE RE MEDIATION &
REQUEST FOR STATUS CONFERENCE - 2
Case No.   3:19-cv-05798-RBL
502672128 v7

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

DATED this 20th day of December, 2019.

| | |
|---|---|
| TERRELL MARSHALL LAW GROUP PLLC | RUSSELL LAW OFFICES |
| By: /s/ *Beth E. Terrell*<br>Beth E. Terrell, WSBA #26759<br>Email:  bterrell@terrellmarshall.com<br>936 North 34th Street, Suite 300<br>Seattle, Washington  98103-8869<br>Telephone:  (206) 816-6603<br>Facsimile:  (206) 319-5450<br><br>David C. Silver<br>Email: dsilver@silvermillerlaw.com<br>Jason S. Miller<br>Email: jmiller@silvermillerlaw.com<br>Todd R. Friedman<br>Email: tfriedman@silvermillerlaw.com<br>SILVER MILLER<br>11780 West Sample Road<br>Coral Springs, Florida 33065<br>Telephone: (954) 516-6000 | By:  /s/ *Robie G. Russell*<br>Robie G. Russell,  WSBA #20579<br>Email: robielaw@gmail.com<br>77 South Main Street<br>Seattle, Washington 98104-2513<br>Telephone: (206) 621-2102<br><br>*Attorneys for Defendants InfoGenesis Consulting Group, LLC and Kurt F. Weinrich, Sr.* |

*Attorneys for Plaintiff*

K&L GATES LLP

By: /s/  *Aaron E. Millstein*
   Michael D. McKay, WSBA #7040
   Email: mike.mckay@klgates.com
   Aaron E. Millstein, WSBA #44135
   Email: aaron.millstein@klgates.com
   Daniel-Charles V. Wolf, WSBA #48211
   Email: dc.wolf@klgates.com
   925 4th Avenue, Suite 2900
   Seattle, Washington 98104-1158
   Telephone: (206) 623-7580

*Attorneys for Defendants Woodford Research, LLC, Hubert Senters, Karen Arvin, Ross Givens, and Jared Carter*

NOTICE RE MEDIATION & REQUEST FOR STATUS CONFERENCE - 3
Case No.   3:19-cv-05798-RBL
502672128 v7

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

CERTIFICATE OF ECF FILING AND SERVICE

I certify that on December 20, 2019, I arranged for electronic filing of the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties of record.

          /s/ *Aaron E. Millstein*
          Aaron E. Millstein, WSBA #44135

NOTICE RE MEDIATION &
REQUEST FOR STATUS CONFERENCE - 4
Case No.   3:19-cv-05798-RBL
502672128 v7

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022